GLENN M. MACHADO, ESQ.
Nevada Bar No. 7802
JOSHUA H. REISMAN, ESQ.
Nevada Bar No. 7152
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
gmachado@rsnvlaw.com
jreisman@rsnvlaw.com

Attorneys for Defendant
Partell Pharmacy, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC and GIVING HOME HEALTH CARE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ONE WAY DRUG, LLC dba PARTELL PHARMACY; ADVANCED CARE GROUP, LLC aka ADVANCED CARE GROUP HOME HEALTH AGENCY, and WILLIAM TILGHMAN,<br><br>Defendants. | CASE NO. 2:21-cv-01082-JAD-VCF<br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>(First Request) |

Plaintiffs National Specialty Pharmacy, LLC, and Giving Home Health Care, LLC ("Plaintiffs"), and Defendant Partell Pharmacy, LLC ("Partell"), by and through their respective undersigned counsel, hereby submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint (the "Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Amended Complaint.

Partell was served with Plaintiffs' Amended Complaint on June 21, 2021. The instant extension is requested as Partell's counsel requires additional time to prepare a responsive pleading to the Plaintiffs' Amended Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including July 26, 2021, for Partell to file an answer or otherwise respond to Plaintiffs' Amended Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Amended Complaint.

DATED this 14th day of July, 2021.

| REISMAN·SOROKAC | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Glenn M. Machado, Esq. | By: /s/ Allison L. Kheel, Esq. |
| JOSHUA H. REISMAN, ESQ. | LISA McCLANE, ESQ. |
| Nevada Bar No. 7152 | Nevada Bar No. 10139 |
| GLENN M. MACHADO, ESQ. | ALLISON L. KHEEL, ESQ. |
| Nevada Bar No. 7802 | Nevada Bar No. 12986 |
| 8965 South Eastern Avenue, Suite 382 | 300 S. Fourth Street, Suite 1500 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89101 |
| Telephone: (702) 727-6258 | Telephone: (702) 252-3131 |
| Facsimile: (702) 446-6756 | lmcclane@fisherphillips.com |
| jreisman@rsnvlaw.com | akheel@fisherphillips.com |
| gmachado@rsnvlaw.com | |
| | Attorneys for Plaintiffs |
| Attorneys for Defendant | |
| Partell Pharmacy, LLC | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 7-15-2021

# Melanie Bruner

| | |
|---|---|
| **From:** | Kheel, Allison <akheel@fisherphillips.com> |
| **Sent:** | Wednesday, July 14, 2021 11:13 AM |
| **To:** | Glenn Machado |
| **Cc:** | McClane, Lisa; Kerr, Darhyl; Josh Reisman; Melanie Bruner |
| **Subject:** | Re: National Specialty Pharmacy, LLC and Giving Home Healthcare, LLC, v. One Way Drug, LLC dba Partell Pharmacy |

Looks good, you may go ahead and file with my e-signature.

Thanks



**Allison Kheel**
Attorney at Law
Fisher & Phillips LLP
300 S. Fourth Street | Suite 1500 | Las Vegas, NV 89101
akheel@fisherphillips.com | O: (702) 862-3817 | C: (702) 467-1066

Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

Sent from my iPhone

On Jul 14, 2021, at 9:06 AM, Glenn Machado <GMachado@rsnvlaw.com> wrote:

Good morning:

Just following up on the revised proposed stip. I'm attaching it again for your convenience. Assuming the stip is acceptable, can I have permission to use either of your e-signatures? Thanks!

-Glenn

## GLENN M. MACHADO, ESQ.

<IMAGE001.PNG>

8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123

OFFICE: (702) 727-6258
FAX: (702) 446-6756
EMAIL: GMACHADO@RSNVLAW.COM
HTTP://WWW.RSNVLAW.COM

THIS E-MAIL COMMUNICATION IS A CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE PERSON NAMED ABOVE, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THE FOLLOWING INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS

COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (702) 727-6258. ALSO, PLEASE E-MAIL THE SENDER THAT YOU HAVE RECEIVED THE COMMUNICATION IN ERROR. WE WILL GLADLY REIMBURSE YOUR TELEPHONE EXPENSES. THANK YOU.

**From:** Glenn Machado
**Sent:** Tuesday, July 13, 2021 4:24 PM
**To:** McClane, Lisa <lmcclane@fisherphillips.com>
**Cc:** Kheel, Allison <akheel@fisherphillips.com>; Kerr, Darhyl <dkerr@fisherphillips.com>; Josh Reisman <jreisman@rsnvlaw.com>; Melanie Bruner <mbruner@rsnvlaw.com>
**Subject:** National Specialty Pharmacy, LLC and Giving Home Healthcare, LLC, v. One Way Drug, LLC dba Partell Pharmacy

Lisa and Allison:

Attached is the stipulation revised to come from our office. Can we have your permission to use one of your e-signatures (the draft proposes Allison's e-signature)? Thanks!

-Glenn

## GLENN M. MACHADO, ESQ.

<IMAGE001.PNG>

8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123

OFFICE: (702) 727-6258
FAX: (702) 446-6756
EMAIL: GMACHADO@RSNVLAW.COM
HTTP://WWW.RSNVLAW.COM

THIS E-MAIL COMMUNICATION IS A CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION INTENDED ONLY FOR THE PERSON NAMED ABOVE. IF YOU ARE NOT THE PERSON NAMED ABOVE, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THE FOLLOWING INFORMATION, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT (702) 727-6258. ALSO, PLEASE E-MAIL THE SENDER THAT YOU HAVE RECEIVED THE COMMUNICATION IN ERROR. WE WILL GLADLY REIMBURSE YOUR TELEPHONE EXPENSES. THANK YOU.

<Stipulation Request and Order Extending Time to Answer or Respond to Complaint 0732021.doc>