# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NATIONAL SPECIALTY PHARMACY, LLC and GIVING HOME HEALTHCARE, LLC, <br><br>Plaintiff,<br><br>vs.<br><br>ONE WAY DRUG LLC dba PARTELL PHARMACY, ADVANCED CARE GROUP LLC aka ADVANCED CARE GROUP HOME HEALTH AGENCY, and WILLIAM TILGHMAN,<br><br>Defendant. | 2:21-cv-01082-JAD-VCF<br><br>**ORDER** |

Before me are the Emergency Motion by Defendant Advanced Care Group LLP for Protective Order to Stay Case and Request for Order Shortening Time and Defendants One Way Drug LLC dba Partell Pharmacy and William Tilghman's Joinder to Motion to Stay Case (ECF NO. 34, 36).

Accordingly,

I ORDER that any opposition to the Emergency Motion by Defendant Advanced Care Group LLP for Protective Order to Stay Case and Request for Order Shortening Time and Defendants One Way Drug LLC dba Partell Pharmacy and William Tilghman's Joinder to Motion to Stay Case (ECF NO. 34, 36) must be filed on or before October 5, 2021. No reply necessary.

I FURTHER ORDER that discovery is stayed pending further order from the court.

DATED this 13th day of September 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE